UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                        :

GLOBAL CROSSING ESTATE
REPRESENTATIVE,
                        :

            Plaintiff,       :

                        :           04 Civ. 2558 (GEL)

          -v-              :

                        :           **ORDER**

GARY WINNICK, et al.,
                        :

            Defendants.   :

------------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

        The Court having established the need for a briefing schedule in the above-captioned action, it is hereby ORDERED:

1.       Defendants Mrco, Inc. and Ullico, Inc. shall file their summary judgment papers by June 29, 2009.

2.       Plaintiff shall file its opposition by July 27, 2009.

3.       Defendants shall file their reply papers, if any, by August 10, 2009.

SO ORDERED.

Dated: New York, New York
       May 5, 2009

                                           GERARD E. LYNCH
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09